# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# GREENWOOD DIVISION

| | |
|---|---|
| Clinton Howard Berry, | ) Civil Action No. 8:24-cv-04416-DCC-KFM |
| Plaintiff, | ) |
| v. | ) **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Goodwill Industries of Upstate Midland, SC, Inc., d/b/a Goodwill, | ) |
| Defendant. | ) |

The above-entitled action was instituted by the Plaintiff, Clinton Howard Berry ("Plaintiff"), against the Defendant, Goodwill Industries of Upstate Midland, SC, Inc., d/b/a Goodwill ("Defendant"). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and by and through their respective undersigned counsel, the Parties stipulate to the dismissal of all causes of action against Defendant with prejudice. The parties will bear their own attorneys' fees, expenses, and costs.

| **CROMER BABB & PORTER, LLC** | **FISHER & PHILLIPS, LLP** |
|---|---|
| By: s/ Shannon M. Polvi<br>Shannon M. Polvi (FID 11978)<br>1418 Laurel Street, Suite A<br>Post Office Box 11675<br>Columbia, SC 29211<br>Phone: 803-799-9530<br>shannon@cromerbabb.com | By: s/ Michael D. Carrouth<br>Michael D. Carrouth<br>1320 Main Street, Suite 750<br>Columbia, SC 29201<br>Phone: 803-255-0000<br>mcarrouth@fisherphillips.com |
| **Attorney for Plaintiff** | **Attorneys for Defendant** |